

10/13/2010 Granted,

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MASSACHUSETTS

In Re:                                    **Chapter 13 Bankruptcy**
                                          **Case No:  10-17516**

**Jesus Maldonado**
    **Debtor**

## MOTION TO VACATE DISMISSAL
## AND TO REINSTATE CASE

Now comes the Debtor, Jesus Maldonado ("Debtor"), and requests this Honorable Court to Vacate the Dismissal of his Chapter 13 Bankruptcy for the following reasons:

1. This case was commenced by the filing of a Chapter 13 Petition on July 12, 2010;

2. Debtor's Counsel filed a response to Chapter 13 Trustees Motion to Dismiss for Debtor's failure to make plan payments;

3. Debtor has made First Plan Payment to Chapter 13 Trustee.

Wherefore, the Debtor, respectfully requests that the Court vacate the order of dismissal of the Debtor's petition and allow the late filing of the response.

                                                          Respectfully Submitted,


                                                   /s/Gregory M. Sullivan, Esquire
                                                   Gregory M. Sullivan, Esquire
                                                   126 Essex Street
                                                   Malden, MA 02148
                                                   781-322-0090
                                                   BBO# 485970


Date:  09-29-10

## **CERTIFICATE OF SERVICE**

I, Gregory M. Sullivan, Esquire, hereby, certify that on the above date that I served a copy of the foregoing by to the Chapter 13 Trustee and creditors by ECF/CM Filing

Carolyn Bankowski, Chapter 13 Trustee
PO Box 8250
Boston, MA 02114

Date:  09-29-10

                                         /s/Gregory M. Sullivan, Esquire
                                         Gregory M. Sullivan, Esquire