**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

<div style="margin-left:3em;">

**In re:**

**MALDONADO, Jesus**

                              **Debtor(s)**

</div>

**Chapter 13**
**Case No. 10-17516-WCH**

10/14/2010 The Debtor having failed to comply with the Court's September 17, 2010 and September 22,
2010 orders to file an Amended Chapter 13 Plan, the case is dismissed.

### TRUSTEE'S OBJECTION TO DEBTOR'S PLAN

Now comes Carolyn A. Bankowski, Standing Chapter 13 Trustee ("Trustee"), respectfully objects to the Debtors Chapter 13 Plan, (the "Plan"), and for reasons says as follows:

1.  The Debtors filed a Chapter 13 case on July 12, 2010.

2.  The Trustee convened and presided at a 341 Meeting of Creditors on August 31, 2010.

3.  The Trustee avers that the Debtor's Plan fails to provide for treatment of all secured claims.  Specifically, Ocwen, the holder of the second mortgage and Eastern Bank for the 2003 Nissan.  Therefore, the Plan is not feasible.

4.  In addition, according to the Debtor's 2009 tax return, the Debtor received a refund in the sum of over $5,200.00.  The Plan proposes a 0% dividend to the unsecured creditors. The Trustee avers that the Plan does not satisfy the best efforts test set forth under 11 U.S.C.§1325(b)(1)(B).

WHEREFORE, the Trustee requests that the Court sustain the objection to confirmation and for such other relief as is proper.

Dated: September 2, 2010

<div style="margin-left:20em;">

Respectfully submitted,


 /s/ **Carolyn A. Bankowski**
Carolyn A. Bankowski, BBO#631056
Patricia A. Remer, BBO#639954
Office of the Chapter 13 Trustee
PO Box 8250, Boston, MA  02114-0022
(617) 723-1313
13trustee@ch13boston.com

</div>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In re:** | |
| **MALDONADO, Jesus** | **Chapter 13** |
| Debtor(s) | **Case No. 10-17516-WCH** |

**Certificate of Service**

The undersigned hereby certifies that on <u>September 2, 2010</u>, a copy of the Trustee's objection to Debtors Plan was served via first class mail, postage prepaid on the debtors and debtors' counsel or by electronic mail at the addresses set forth below.

Jesus Maldonado
60 Westminster St., #2
Hyde Park, MA  02136

Gregory M. Sullivan, Esq.
126 Essex St.
Malden, MA  02148

bc

/s/ **Carolyn A. Bankowski**
Carolyn A. Bankowski